Nicholas M. Wajda (Nev. Bar No. 11480)
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive
Suite 200
Henderson, Nevada 89052
+1 702-900-6339
nick@wajdalawgroup.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARISSA E. HARRIS,<br><br>   Plaintiff,<br><br>   v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>   Defendant. | Case No. 3:21-cv-00465-MMD-CSD<br><br>**PROPOSED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**PLAINTIFF'S ONLY REPORT** |

Plaintiff Marissa E. Harris ("Plaintiff") by and through undersigned counsel of record, submits her Stipulated Discovery Plan and Scheduling Order pursuant to Fed. R. Civ. P. 26(f) and LR 26-1.[1]

(1) **Discovery Cut-Off Date:** Defendant first appeared after responding to Plaintiff's complaint on April 19, 2022. Discovery Cut-Off shall be 180 days from Defendant's answer on October 17, 2022.

(2) **Amending the Pleadings and Adding Parties:** July 19, 2022

(3) **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):**

Expert disclosures: August 18, 2022
Rebuttal-expert disclosures: September 19, 2022

(4) **Dispositive Motions:** November 16, 2022

---

[1] Plaintiff's counsel has sent multiple emails and phone calls to Defendant's counsel of record regarding this case and this instant order. Defendant has failed to respond.

1

(5) **Pretrial Order:** December 16, 2022

(6) **Fed. R. Civ. P. 26(a)(3) Disclosures.** December 30, 2022

(7) **Alternative Dispute Resolution.**

The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation. The parties believe that this case is best suited for meditation.

(8) **Alternative Forms of Case Disposition:** The parties certify that have considered consent to trial by a magistrate judge and have chosen to not to consent.

(9) **Electronic Evidence.** The parties certify that have discussed ESI and have agreed to produce all ESI in .pdf format.

*By: /s/ Nicholas M. Wajda*
Nev. Bar No. 11480
WAJDA LAW GROUP, APC
871 Coronado Center Drive
Suite 200
Henderson, Nevada 89052
+1 702-900-6339
nick@wajdalawgroup.com
*Attorney for the Plaintiff*

**ORDER**

IT IS SO ORDERED:

DATED: _____

_____
THE HONORABLE JUDGE GLORIA M. NAVARRO