Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
(708) 263-5558
mbadwan@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARISSA E. HARRIS, | |
| Plaintiff, | Case No. 3:21-cv-00465-MMD-CSD |
| v. | **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| FIRST NATIONAL COLLECTION BUREAU, INC., | |
| Defendant. | |

Plaintiff Marissa E. Harris ("Plaintiff") and Defendant First National Collection Bureau, Inc., by and through their undersigned counsel of record, submit the following Stipulated Discovery Plan and Scheduling Order pursuant to Fed. R. Civ. P. 26(f) and LR 26-1.

(1) **Discovery Cut-Off Date:** Defendant first appeared by responding to Plaintiff's complaint on April 19, 2022. Accordingly, the Discovery Cut-Off is October 17, 2022 (180 days from Defendant's answer/appearance).

(2) **Amending the Pleadings and Adding Parties:** July 19, 2022

(3) **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):**

Expert disclosures: August 18, 2022
Rebuttal-expert disclosures: September 19, 2022

(4) **Dispositive Motions:** November 16, 2022

(5) **Pretrial Order:** December 16, 2022

(6) **Fed. R. Civ. P. 26(a)(3) Disclosures.** December 30, 2022

(7) **Alternative Dispute Resolution:** The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation. Defendant is not interested in mediation or arbitration at this time.

(8) **Alternative Forms of Case Disposition:** The parties certify that have considered consent to trial by a magistrate judge and have chosen to not to consent.

(9) **Electronic Evidence.** The parties certify that have discussed ESI and have agreed to produce all ESI in .pdf format.

Date: June 22, 2022                                                      Respectfully submitted,

*/s/ Mohammed O. Badwan*                              */s/ Kurt R. Bonds*
 Mohammed O. Badwan                                      Kurt R. Bonds
 SULAIMAN LAW GROUP, LTD.                        ALVERSON TAYLOR & SANDERS
 2500 South Highland Avenue                              6605 Grand Montecito Parkway
 Suite 200                                                              Suite 200
 Lombard, Illinois 60148                                      Las Vegas, Nevada 89149
 (630) 575-8181                                                    (702) 384-7000
 mbadwan@sulaimanlaw.com                              efile@alversontaylor.com
 *Counsel for Plaintiff*                                         *Counsel for Defendant*

1
2
3
4
5
6
7
8                                              **ORDER**
9
10   IT IS SO ORDERED:
11
     DATED: June 28, 2022.
12
                                          _____
13                                         THE HONORABLE CRAIG S. DENNEY
                                           UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3