Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
(708) 263-5558
mbadwan@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARISSA E. HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> FIRST NATIONAL COLLECTION BUREAU, INC., <br><br> Defendant. | **Case No.** 3:21-cv-00465-MMD-CSD <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MARISSA E. HARRIS, and the Defendant, FIRST NATIONAL COLLECTION BUREAU, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

DATED: January 12, 2023

| MARISSA E. HARRIS | FIRST NATIONAL COLLECTION BUREAU, INC., |
|---|---|
| */s/ Mohammed O. Badwan* <br> Mohammed O. Badwan <br> SULAIMAN LAW GROUP, LTD. <br> 2500 South Highland Avenue <br> Suite 200 <br> Lombard, Illinois 60148 <br> (630) 575-8181 <br> mbadwan@sulaimanlaw.com <br> *Counsel for the Plaintiff* | */s/ Kurt R. Bonds* <br> Kurt R. Bonds <br> ALVERSON TAYLOR & SANDERS <br> 6605 Grand Montecito Parkway <br> Suite 200 <br> Las Vegas, Nevada 89149 <br> (702) 384-7000 <br> efile@alversontaylor.com <br> *Counsel for the Defendant* |

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | I hereby certify that on January 12, 2023, I electronically filed the foregoing with the Clerk |
| 4 | of the Court by using the CM/ECF system.  I certify that all participants in the case are registered |
| 5 | CM/ECF users and that service will be accomplished by the CM/ECF system. |
| 6 | /s/ Mohammed O. Badwan |

IT IS ORDERED : Case dismissed with prejudice.

Dated: Januayr 13, 2023

_____
Chief U.S. District Judge